IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| Paul Wilson Enterprises, Inc. | ) | |
|---|---|---|
| | ) | Case No. 23-cv-5044 |
| v. | ) | |
| | ) | Judge: Hon. Elaine E. Bucklo |
| THE PARTNERSHIPS and | ) | |
| UNINCORPORATED ASSOCIATIONS | ) | Magistrate: Hon. M. David Weisman |
| IDENTIFIED ON SCHEDULE "A" | ) | |
| | ) | |

## SATISFACTION OF JUDGEMENT

Plaintiff, in accordance with FRCP 60(b)(5), having reached a post-default settlement agreement with the Doe Defendants listed below:

| Doe | Store | Merchant ID |
|---|---|---|
| 41 | Wang Binhao | A12EWAMC36RBFX |
| 224 | Shenzhen Mingxinyang trading Co., LTD | seller1-16214 |
| 227 | Chengdu Tongzhangwen Technology Co., LTD | seller4-16214 |
| 230 | Shenzhen Haoxing trading Co., LTD | seller7-16214 |

dismisses them from the suit without prejudice.

Dated this 26th Day of November 2023.         Respectfully submitted,

By:     s/David Gulbransen/
David Gulbransen
Attorney of Record
Counsel for Plaintiff

David Gulbransen (#6296646)
Law Office of David Gulbransen
805 Lake Street, Suite 172
Oak Park, IL 60302
(312) 361-0825 p.
(312) 873-4377 f.
david@gulbransenlaw.com